NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. VISCONI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5086

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-656, Judge Susan G. Braden.

---

**ON MOTION**

---

## ORDER

Upon consideration of the United States' unopposed motion for a 14-day extension of time, until June 16, 2011, to file its response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 2 2011**
_____                    /s/ Jan Horbaly
Date                                      Jan Horbaly
                                          Clerk

cc:  Frank J. Visconi
     Joshua A. Mandlebaum, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 2 2011

JAN HORBALY
CLERK